ORIGINAL

1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   DANIEL C. DECARLO, SB# 160307
2  221 North Figueroa Street, Suite 1200
   Los Angeles, California 90012
3  Telephone: (213) 250-1800
   Facsimile: (213) 250-7900
4  Email:  decarlo@lbbslaw.com

5  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   JONATHAN PINK, SB # 179685
6  650 Town Center Drive, Suite 1400
   Costa Mesa, California 92626
7  Telephone: (714) 668-5589
   Facsimile: (714) 850-1030
8  Email:  pink@lbbslaw.com

9  Attorneys for Defendants & Related Counter-Claimants, EVERGREEN DATA
   SYSTEMS, INC., BRUCE R. MCALLISTER and STEVEN J. DEMARTINI
10

11          UNITED STATES DISTRICT COURT

12          CENTRAL DISTRICT OF CALIFORNIA

13 SYNAPSIS, LLC, a Nevada Limited          ) MISCELLANOUS NUMBER_____
   Liability Company,                       ) (United States District Court-Northern
14                                          ) Case No. CV05-01524 JF)
                Plaintiff,                  )
15                                          ) **DEFENDANTS EVERGREEN DATA**
        v.                                  ) **SYSTEMS, INC., BRUCE R.**
16                                          ) **MCALLISTER AND STEVEN J.**
   EVERGREEN DATA SYSTEMS, INC.,            ) **DEMARTINI'S ORDER FOR**
17 a California Corporation, BRUCE R.       ) **APPEARANCE AND**
   MCALLISTER, an individual, STEVEN        ) **EXAMINATION OF PLAINTIFF**
18 J. DEMARTINI, an individual,             ) **SYNAPSIS**
   IRELAND SAN FILIPPO, LLP, a              )
19 California limited liability partnership, ) Action filed:    January 10, 2005
   and DOES 1 through 10, inclusive,        ) Trial:           July 16, 2007
20                                          )
                Defendants.                 )
21 _____         )
                                            )
22 AND RELATED COUNTER-CLAIM.               )
                                            )
23 _____

24     Upon application of defendants Evergreen Data Systems, Inc., Bruce R.

25 McAllister and Steven J. DeMartini (collectively, "Evergreen") for an order for

26 appearance and examination of plaintiff Synapsis, LLC ("Synapsis"), the Judgment

27 Debtor in this action, in enforcement of the judgment entered against Synapsis, it is

28 hereby ordered that William Akel, as a managing member of Synapsis, appear

personally before this Court to furnish information to aid in enforcement of a money

judgment on ~~May~~ JUNE 17, 2008, at 10:30 a.m. in Ctrm H, 9th Fl. (312 N. Spring St., L.A.)

It is further ordered that Synapsis, through Mr. Akel, bring with it the following records of Synapsis:

1.  Federal and state income tax records for fiscal years 2000 to the present;

2.  Corporate minute books for fiscal years 2000 to the present;

3.  All corporate banking statements from January 1, 2000 to the present;

4.  All corporate financial statements, including but not necessarily limited to, monthly statements for each year from January 1, 2000 to the present;

5.  Corporate ledger books and books of account from January 1, 2000 to the present;

6.  List of all corporate assets, both real and personal, from January 1, 2000 to the present;

7.  List of all clients from January 1, 2006 to the present, including contact information for same;

8.  All writings pertaining to any corporate indebtedness or obligations in excess of $1,000.00 incurred or paid in each month from January 1, 2000 to the present;

9.  All bank passbooks and or checkbooks held in the name of Synapsis individually or jointly, from January 1, 2000 to the present;

10. All books and records showing assets of every kind, real and personal, belonging to Synapsis, owned individually or jointly, whether or not held in the name of a lienholder;

11. All writings, evidence or books and records showing all accounts receivable belonging to Synapsis, either individually or jointly, from January 1, 2007 to the present;

12. All writings or evidence of indebtedness/obligations in excess of $1,000.00 owed by Synapsis;

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

4844-3414-5538.1

-2-

1   13.   All pleadings and non-privileged written communications related to or

2   arising out of any claim for professional malpractice that Synapsis may have filed

3   against its prior counsel in this matter.

4         This order may be served by a sheriff, marshal, constable, or registered process

5   server.

6   Dated:   5/6/2008

United States District Judge

Magistrate

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

4844-3414-5538.1                -3-

# PROOF OF SERVICE

Synapsis v. Evergreen, USDC Northern #CV05-01524 JF - File No. 26851-04

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 650 Town Center Drive, Suite 1400, Costa Mesa, California 92626.

On April 9, 2008, I served the following document described as **DEFENDANTS EVERGREEN DATA SYSTEMS, INC., BRUCE R. MCALLISTER AND STEVEN J. DEMARTINI'S ORDER FOR APPEARANCE AND EXAMINATION OF PLAINTIFF SYNAPSIS** on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

William Akel
4956 Hayvenhurst Avenue
Encino, California 91436-1113

In Pro Per
Email: solutions@synapsis.com;
wmakel@yahoo.com

William K. Mills, Esq.
Parker Mills & Morin LLP
865 S. Figueroa Street, Suite 3200
Los Angeles, CA 90017
P:213.622.4441/F:213.622.1444
Attorneys for Plaintiff Synapsis, LLC
Email: mills@pmmlaw.com

[ ]    (BY FACSIMILE) The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transmission.

[X]    (BY MAIL, 1013a, 2015.5 C.C.P.)

[ ]    I deposited such envelope in the mail at Costa Mesa, California. The envelope was mailed with postage thereon fully prepaid.

[X]    I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]    (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 9, 2008, at Costa Mesa, California.

Carolyn J Reyes

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

4844-3414-5538.1